UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2007 JUL 16 PM 4: 47
CLERK
SO. DIST. OF GA.

GEORGE A. DEMPSEY, )
)
    Plaintiff, )
)
v. ) Case No. CV407-083
)
SPENCER LAWTON, and )
THE STATE OF GEORGIA, )
)
    Defendants. )

## REPORT AND RECOMMENDATION

Defendant has filed a motion for voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1). As plaintiff wishes to dismiss his lawsuit, and as defendants have yet to be served, this action should be dismissed. I therefore recommend that the instant action be DISMISSED without prejudice.

**SO REPORTED AND RECOMMENDED** this 16th day of **July, 2007.**

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA