# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2007 AUG 15 PM 3: 23
CLERK B. West
SO. DIST. OF GA.

| | |
|---|---|
| GEORGE A. DEMPSEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV407-083 |
| ) | |
| SPENCER LAWTON, and ) | |
| THE STATE OF GEORGIA, ) | |
| ) | |
| Defendants. ) | |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 15 day of August, 2007.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA